ANNE M. CAPPELLA (Bar No. 181402)
(anne.cappella@weil.com)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3141
Facsimile: (650) 802-3100

*Attorney for Movant Apple Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

APPLE INC.,

    Movant,

v.

GOOGLE INC.,

    Respondent.

Case No. CV13 80140 MISC. LHK

**ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

[Consolidated Civil Action Case Nos. 1:10-cv-23580-RNS and 1:12-cv-20271-RNS U.S.D.C., S.D.F.L.]

**NOTICE OF MOTION AND MOTION TO FILE UNDER SEAL
PURSUANT TO L.R. 79-5(d)**

NOTICE is hereby given of Apples Inc.'s administrative motion to file under seal portions of Apple Inc.'s Motion to Compel Compliance with a Subpoena and the exhibits to an accompanying declaration, filed concurrently herewith, that have been designated confidential by Google Inc.

**RELIEF REQUESTED & STATEMENT OF ISSUES TO BE DECIDED**

Pursuant to a Protective Order entered in the underlying litigation, Consolidated Civil Action Case Nos. 1:10-cv-23580-RNS and 1:12-cv-20271-RNS, pending in the U.S. District Court for the Southern District of Florida (D.E. 114), as amended (D.E. 140), Apple is obligated to file documents designated as confidential under seal. Accordingly, and further pursuant to Civil Local Rule 7-11 and 79-5(d), Apple submits this administrative motion to seal portions of its concurrently filed Motion to Compel Compliance with a Subpoena and to seal certain exhibits to an accompanying declaration in their entirety, as set forth below.

Specifically, the accompanying exhibits to seal include:

1. Exhibit Z to the Declaration of Robert T. Vlasis, which is an email from Robert T. Vlasis, counsel for Apple and an attorney at Weil, Gotshal & Manges LLP, to Matthew S. Warren, counsel for Google and an attorney at Quinn Emanuel Urquhart & Sullivan, LLP, on February 25, 2013. Although the email was marked "MAY CONTAIN GOOGLE CONFIDENTIAL BUSINESS INFORMATION" by Apple's counsel, it was done in accordance with an indication from Google's counsel that the subject matter of that letter is confidential business information subject to the protective order.

2. Exhibit QQ to the Declaration of Robert T. Vlasis, which is a letter from Mr. Warren to Mr. Vlasis on April 25, 2013. This letter is explicitly marked "Confidential Business Information Subject to Protective Order."

3. Exhibit SS to the Declaration of Robert T. Vlasis, which is a letter from Mr. Warren to Mr. Vlasis on April 29, 2013. This letter is explicitly marked "Contains Confidential Business Information Subject to Protective Order."

4. Exhibit UU to the Declaration of Robert T. Vlasis, which is a letter from Mr. Warren to Mr. Vlasis on May 1, 2013. This letter is explicitly marked "Contains Confidential Business Information Subject to Protective Order."

5. Exhibit EEE to the Declaration of Robert T. Vlasis, which is a letter from Mr. Warren to Mr. Vlasis on May 24, 2013. This letter is explicitly marked "CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER."

6. Exhibit III to the Declaration of Robert T. Vlasis, which is a letter from Mr. Vlasis to Mr. Warren on June 3, 2013. Although this letter was marked "MAY CONTAIN GOOGLE CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER" by Apple's counsel, it was done so at the request of Google's counsel who indicated that the subject matter of that letter is confidential business information subject to the protective order.

7. Exhibit LLL to the Declaration of Robert T. Vlasis, which is a letter from Mr. Warren to Mr. Vlasis on June 14, 2013. This letter is explicitly marked "Confidential Business Information Subject to the Protective Order."

8. Exhibit NNN to the Declaration of Robert T. Vlasis, which is a letter from Michael A. Valek, counsel for Apple and an attorney at Gibson, Dunn & Crutcher LLP, to Mr. Warren on May 20, 2013. Although this letter was marked "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" by Apple's counsel, it was done so at the request of Google's counsel who indicated that the subject matter of that letter is confidential business information subject to the protective order.

The specific portions of the Motion to Compel Compliance with a Subpoena to seal include:

1. The portion beginning immediately after "Exh. EEE." in line 16 of page 5 and ending immediately before "thus" in line 18 of page 5. This portion refers to and describes the content of Exhibit EEE to the Declaration of Robert T. Vlasis, discussed above.

2. The portion beginning immediately after the word "Google" in line 19 of page 9 and ending immediately before the word "This" in line 24 of page 9. This portion refers to and describes the content of Exhibit EEE to the Declaration of Robert T. Vlasis, discussed above.

3. The portion beginning immediately after the word "included" in line 26 of page 9 and ending immediately before "And" in line 28 of page 9. This portion also refers to and describes the content of Exhibit EEE to the Declaration of Robert T. Vlasis, discussed above.

4. The portion beginning immediately after the word "would" in line 5 of page 10 and ending immediately before the word "it" in line 6 of page 10. This portion quotes language from Exhibit UU to the Declaration of Robert T. Vlasis, discussed above.

5. The portion beginning immediately after "Google agreed" in line 26 of page 10 (i.e., footnote 3) and ending immediately before "Apple believes that the" in line 27 of page 10 (i.e., footnote 3). This portion refers to and describes the content of Exhibit NNN to the Declaration of Robert T. Vlasis, discussed above.

6. The portion beginning immediately after "Apple believes that the" in line 27 of page 10 (i.e., footnote 3) and ending immediately before the word "is" in line 27 of page 10 (i.e., footnote 3). This portion also refers to and describes the content of Exhibit NNN to the Declaration of Robert T. Vlasis, discussed above.

| | | |
|---|---|---|
| 1 | Respectfully submitted, | Dated: July 3, 2013 |

*[signature]*

ANNE M. CAPPELLA (Bar No. 181402)
(anne.cappella@weil.com)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3141
Facsimile: (650) 802-3100

Mark G. Davis
(mark.davis@weil.com)
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W., Suite 900
Washington, DC 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

Kenneth H. Bridges
(kbridges@bridgesmav.com)
Michael T. Pieja
(mpieja@bridgesmav.com)
BRIDGES & MAVRAKAKIS LLP
3000 El Camino Real, 2nd Floor
Palo Alto, CA 94306
Telephone: (650) 804-7800
Facsimile: (650) 852-9224

***Attorneys for Apple Inc.***