NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., | No. C13-80146MISC LHK (HRL) |
| Movant, | **ORDER TERMINATING DISCOVERY MOTION** |
| v. | |
| GOOGLE, INC., | [Re: Docket No. 3] |
| Respondent. | |

All discovery matters having been referred to the undersigned for disposition, Apple, Inc.'s Motion to Compel Compliance with a Subpoena (Dkt. No. 3) will be terminated. The parties are instead directed to comply with the undersigned's Standing Order re Civil Discovery Disputes and to file a Discovery Dispute Joint Report within 7 days from the date of this order.

SO ORDERED.

Dated: July 10, 2013

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:13-mc-80146-LHK Notice has been electronically mailed to:

Anne Marie Cappella    anne.cappella@weil.com, colleen.sphar@weil.com, linda.nakanishi@weil.com