[COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>Movant,<br><br>v.<br><br>GOOGLE INC.,<br><br>Respondent. | Civil Case No. 5:13-mc-80146-LHK-HRL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY DISPUTE JOINT REPORT**<br><br>**(Re: Docket No. 6)**<br><br>[Consolidated Civil Action Case Nos. 1:10-cv-23580-RNS and 1:12-cv-20271-RNS U.S.D.C. S.D. Fla.] |

WHEREAS, on July 3, 2013, movant Apple Inc. ("Apple") served respondent Google Inc. ("Google") with a Motion to Compel Compliance with a Subpoena (the "Motion");

WHEREAS, on July 10, 2013, the Court issued an Order Terminating Discovery Motion ("Order") (Docket No. 6), directing the parties to comply with the Standing Order re Civil Discovery Disputes ("Standing Order") and to file a Discovery Dispute Joint Report within seven days from the date of the Order;

WHEREAS, Apple and Google are conferring in an effort to narrow the issues raised in Apple's Motion;

WHEREAS, Google's lead counsel has been and is anticipated to be unavailable for an in-person meeting before the current deadline for the Standing Order, due to a trial;

WHEREAS, Apple and Google agree that an extension of at least two weeks would allow lead counsel to meet and confer regarding potential resolution of the issues in the Motion;

WHEREAS, there have been no previous time modifications in this case; and

WHEREAS, the stipulated two-week extension will not impact the schedule in the underlying litigation between Apple and Google's subsidiary Motorola Mobility (Consolidated Civil Action Case Nos. 1:10-cv-23580-RNS and 1:12-cv-20271-RNS (U.S.D.C., S.D. Fla.));

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Apple and Google that:

1. The deadline for submitting the Joint Report should be extended to Wednesday, July 31, 2013.

Dated: July 16, 2013

By: [signature]
Anne M. Cappella
anne.cappella@weil.com
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
(650) 802-3000
(650) 801-3100 facsimile

Mark G. Davis*
mark.davis@weil.com
Weil, Gotshal & Manges LLP
1300 Eye Street NW, Suite 900
Washington, D.C. 20005-3314
(202) 682-7000
(202) 857-0940 facsimile
**Pro hac vice* motion granted (D.E. 8)

*Attorneys for Apple Inc.*

By: */s Matthew S. Warren*
Amy H. Candido
amycandido@quinnemanuel.com
Matthew S. Warren
matthewwarren@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, California 91111-4788
(415) 875-6600
(415) 875-6700 facsimile

*Attorneys for Google Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ________________________, 2013

By: ________________________________
Hon. Howard R. Lloyd
United States Magistrate Judge

**ATTESTATION OF E-FILED SIGNATURES**

I, Matthew S. Warren, am the ECF user whose ID and password are being used to file this Joint Stipulation and [Proposed] Order Regarding Discovery Dispute Joint Report. In compliance with General Order 45.X.B, I hereby attest that Anne M. Cappella has concurred in this filing.

Dated: July 16, 2013 *__/s Matthew S. Warren__*