[COUNSEL LISTED ON SIGNATURE PAGE]

**FILED**

JUL 17 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>    Movant,<br><br>v.<br><br>GOOGLE INC.,<br><br>    Respondent. | Civil Case No. 5:13-mc-80146-LHK-HRL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY DISPUTE JOINT REPORT**<br><br>**(Re: Docket No. 6)**<br><br>[Consolidated Civil Action Case Nos. 1:10-cv-23580-RNS and 1:12-cv-20271-RNS U.S.D.C. S.D. Fla.]<br><br>(RE: Docket No. 10) |

| | |
|---|---|
| 1 | WHEREAS, on July 3, 2013, movant Apple Inc. ("Apple") served respondent Google Inc. |
| 2 | ("Google") with a Motion to Compel Compliance with a Subpoena (the "Motion"); |
| 3 | WHEREAS, on July 10, 2013, the Court issued an Order Terminating Discovery Motion |
| 4 | ("Order") (Docket No. 6), directing the parties to comply with the Standing Order re Civil |
| 5 | Discovery Disputes ("Standing Order") and to file a Discovery Dispute Joint Report within seven |
| 6 | days from the date of the Order; |
| 7 | WHEREAS, Apple and Google are conferring in an effort to narrow the issues raised in |
| 8 | Apple's Motion; |
| 9 | WHEREAS, Google's lead counsel has been and is anticipated to be unavailable for an in- |
| 10 | person meeting before the current deadline for the Standing Order, due to a trial; |
| 11 | WHEREAS, Apple and Google agree that an extension of at least two weeks would allow |
| 12 | lead counsel to meet and confer regarding potential resolution of the issues in the Motion; |
| 13 | WHEREAS, there have been no previous time modifications in this case; and |
| 14 | WHEREAS, the stipulated two-week extension will not impact the schedule in the |
| 15 | underlying litigation between Apple and Google's subsidiary Motorola Mobility (Consolidated |
| 16 | Civil Action Case Nos. 1:10-cv-23580-RNS and 1:12-cv-20271-RNS (U.S.D.C., S.D. Fla.)); |
| 17 | NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Apple and |
| 18 | Google that: |
| 19 | 1. The deadline for submitting the Joint Report should be extended to Wednesday, July |
| 20 | 31, 2013. |

Dated: July 16, 2013

By: /s/ Anne M. Cappella
Anne M. Cappella
anne.cappella@weil.com
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
(650) 802-3000
(650) 801-3100 facsimile

Mark G. Davis*
mark.davis@weil.com
Weil, Gotshal & Manges LLP
1300 Eye Street NW, Suite 900
Washington, D.C. 20005-3314
(202) 682-7000
(202) 857-0940 facsimile
*Pro hac vice motion granted (D.E. 8)

*Attorneys for Apple Inc.*

By: /s Matthew S. Warren
Amy H. Candido
amycandido@quinnemanuel.com
Matthew S. Warren
matthewwarren@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, California 91111-4788
(415) 875-6600
(415) 875-6700 facsimile

*Attorneys for Google Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 7/17/, 2013    By: _____
Hon. Howard R. Lloyd
United States Magistrate Judge

## ATTESTATION OF E-FILED SIGNATURES

I, Matthew S. Warren, am the ECF user whose ID and password are being used to file this Joint Stipulation and [Proposed] Order Regarding Discovery Dispute Joint Report. In compliance with General Order 45.X.B, I hereby attest that Anne M. Cappella has concurred in this filing.

Dated: July 16, 2013                              /s Matthew S. Warren